# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANTE HAMMONDS, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-657 |
| v. | : | (JUDGE MANNION) |
| ROBERT AIGELDINGER, | : | |
| Defendant | : | |

## ORDER

In accordance with the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion to dismiss of Defendant Aigeldinger, **(Doc. 28)**, with respect to Counts I and III of Plaintiff's amended complaint, **(Doc. 15)**, is **GRANTED IN PART** and **DENIED IN PART**.

**(2)** Defendant's motion to dismiss is **GRANTED** as to Count I to the extent that Defendant is sued in his official capacity, and Defendant's motion is **DENIED** as to Count I to the extent that Defendant is sued in his individual capacity. Plaintiff's federal claims in Count I against Defendant in his individual capacity shall **PROCEED**.

**(3)** Defendant's motion to dismiss is **GRANTED** as to the official oppression and threat of official act claims included in Count III, and these claims are **DISMISSED WITH PREJUDICE**.

**(4)** Defendant's motion to dismiss is **GRANTED** with respect to the false imprisonment claim in Count III, to the extent that Defendant is sued in his official capacity. Defendant's motion to dismiss is **DENIED** as to the false imprisonment claim in Count III, to the extent that Defendant is sued in his individual capacity, and this claim shall **PROCEED**.

**(5)** Plaintiff's claim for declaratory relief in her amended complaint is **DISMISSED WITH PREJUDICE**.

**(6)** Defendant is directed to file his answer to the remaining claims against him in plaintiff's amended complaint **within 14 days** of the date of this Order.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 16, 2021**
20-657-01-Order